UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61079-CIV-MARTINEZ

DIEGO JAVIER OROZCO,

      Plaintiff,

v.

BROWARD TRANSITIONAL CENTER,

      Defendant.

_____/

## ORDER PROVIDING INSTRUCTIONS TO *PRO SE* LITIGANT

**THIS CAUSE** came before the Court *sua sponte*. *Pro se* litigants, like all litigants, must comply with the rules of civil procedure and the Court's orders. It is therefore

**ORDERED** that Plaintiff, Diego Javier Orozco, a *pro se* litigant, shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida. The Local Rules may be obtained from the Clerk of Court. Failure to comply with the federal and local rules may result in sanctions being imposed against *pro se* litigants. Some of the requirements of these rules are as follows:

1. Every pleading, motion, memorandum, or other paper required and/or permitted to be filed with the Court must be filed directly with the Clerk of Court. No letters, pleadings, motions, or other documents may be sent directly to the District Judge or Magistrate Judge's chambers. Any papers improperly delivered directly to chambers will be returned and disregarded by the Court.

2. All papers filed must include the case style, case number, and appropriate title in the format required by the Local Rules. The signature block of each pleading must also contain the *pro se* litigant's name, address, and telephone number.

CASE NO. 26-61079-CIV-MARTINEZ

3. All papers filed with the Clerk of Court must also be served on opposing counsel, or the opposing side if the opposing side is not represented by counsel. Each filing must include a certificate of service indicating the name and address of the attorney served.

4. A *pro se* litigant must <u>promptly</u> notify the Court in writing of any change of address by filing a "Notice of Change of Address," which also must be served on opposing counsel. The notice must include the case number, the litigant's name, and the new address. Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

5. A *pro se* litigant who wishes to oppose a motion must respond in writing within the time periods provided by the rules of procedure.

6. Any litigant and his or her family, friends, or acquaintances may not call the Judge's office for legal advice about the case. Brief case status information contained on the docket sheet may be available from the Clerk. If Plaintiff desires to know the status of his case, he may file a document entitled "Notice of Inquiry."

**DONE AND ORDERED** in Miami, Florida, this __14__ day of April, 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE


cc:     all counsel of record
        Plaintiff, *pro se*

2