**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-61079-CIV-MARTINEZ**

DIEGO JAVIER OROZCO,

       Petitioner,

v.

BROWARD TRANSITIONAL
CENTER,

       Respondent.

_____/

## ORDER TRANSFERRING CASE TO SOUTHERN DISTRICT OF TEXAS

**THIS CAUSE** is before the Court on Petitioner Diego Javier Orozco's *pro se* Petition for

Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1]. Although the Petition asserts

that Petitioner is detained by U.S. Immigration and Customs Enforcement (ICE) at the Broward

Transitional Center, Petitioner is actually being held at the Port Isabel Service Detention Center in

Los Fresnos, Texas. *See* U.S. Immigr. & Customs Enf't, *Online Detainee Locator Sys.*,

https://locator.ice.gov/odls/#/results (last visited Apr. 14, 2026) (showing that a detainee matching

Petitioner's name and A number is currently detained at Port Isabel Service Detention Center).

Los Fresnos is in Cameron County, Texas, which is in the Southern District of Texas. *See* 28

U.S.C. § 124(b)(4) (providing that the Southern District of Texas comprises Cameron County).

Under § 2241, "[d]istrict courts are limited to granting habeas relief 'within their respective

jurisdictions.'" *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)); *see*

*also Trump v. J. G. G.*, 604 U.S. 670, 672 (2025); *Garcia v. Warden*, 470 F. App'x 735, 736 (11th

Cir. 2012) (noting that "jurisdiction for § 2241 petitions lies only in the district of confinement").

If a petitioner files his case in the wrong district, the Court can *sua sponte* transfer the case "to any

district or division in which it could have been brought." 28 U.S.C. § 1406(a); *see also Lipofsky v.*

*N.Y. State Workers Comp. Bd.*, 861 F.2d 1257, 1258 (11th Cir. 1988) ("[A] district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction[.]").

Because Petitioner is confined at Port Isabel Service Detention Center in Cameron County, jurisdiction lies only in the Southern District of Texas. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **TRANSFERRED** to the Southern District of Texas, Brownsville Division. *See* 28 U.S.C. § 124(b)(4) (providing that the "Brownsville Division comprises the counties of Cameron and Willacy"). The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 14 day of April 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record
        Petitioner, *pro se*

- 2 -